Order entered January 8, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00021-CV

## GREAT AMERICAN LLOYDS INSURANCE COMPANY, Appellant

## V.

## AUDUBON INSURANCE COMPANY, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 07-6321**

## ORDER

The parties' joint motion to withdraw our opinion and judgment of August 6, 2012, is

**GRANTED**. We withdraw our opinion in this case dated August 6, 2012, and vacate the

judgment of that date.

ELIZABETH LANG-MIERS
JUSTICE